```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESS BRASIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00518 LKK |
| Plaintiff, ) | |
| v. ) | **ORDER AFTER HEARING** |
| EDMOND JONES et al., ) | |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |

A status conference was held September 9, 2009, at which only defendant Brasier appeared. The Court scheduled trial of defendant Brasier for December 8, 2009, at 10:30 a.m., with trial confirmation hearing on November 17, 2009, at 9:15 a.m. The Court ordered time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), through the trial date to afford time to prepare.

IT IS SO ORDERED.

Dated: October 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT