Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA  95818
(916) 498-8398

Attorney for Edmond Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>EDMOND JONES,<br><br>        Defendant. | No. Cr.S. 08-518 LKK<br><br>**STIPULATION AND ORDER RESETTING THE JUDGMENT AND SENTENCING HEARING** |

Defendant Edmond Jones, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and agree the hearing for the imposition of judgment and sentencing currently set for December 8, 2009, be vacated and reset to January 20, 2010, at 9:15 a.m.

The parties stipulate and agree the matter should be continued to allow for defense preparation and continuity of counsel and to allow the government reasonable time to necessary for effective preparation.

DATED: December 4, 2009         */s/ Krista Hart*
                                Attorney for Edmond Jones


DATED: December 4, 2009         Benjamin Wagner
                                United States Attorney

                                */s/ Michael Beckwith*
                                Assistant U.S. Attorney

**ORDER**

Good cause appearing, the hearing for the imposition of judgment and sentencing is continued to January 20, 2010, to allow defense counsel preparation and to allow the government the time necessary to prepare for the hearing.

It is so ordered.

DATED:   December 4, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT